UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　Case No. 14 B 36375

　　　Tammy Tonetta Thompson-St Preux

　　　　　　　Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/07/2014.

2) The plan was confirmed on 01/22/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/11/2016, 09/26/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Completed on 10/20/2017.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $34,565.50.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $36,010.07 |
| Less amount refunded to debtor | $1,261.25 |

**NET RECEIPTS:** $34,748.82

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,381.80 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,381.80

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accelerated Rehab Centers | Unsecured | 562.00 | 562.20 | 562.20 | 231.49 | 0.00 |
| Access Holdings | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| Advocate Healthcare | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group, SC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 935.00 | 917.33 | 917.33 | 377.71 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 2,164.00 | 982.82 | 982.82 | 404.68 | 0.00 |
| ATG Credit LLC | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| Bolon Law Offices | Unsecured | 2,448.00 | NA | NA | 0.00 | 0.00 |
| Cash Jar | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 1,104.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 2,730.00 | NA | NA | 0.00 | 0.00 |
| Chase Receivables | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 1,024.00 | NA | NA | 0.00 | 0.00 |
| Chicago Imaging Assoc. | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,000.00 | 4,992.90 | 4,992.90 | 2,052.48 | 0.00 |
| City of Chicago EMS | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| City of Oak Lawn Camera Violation | Unsecured | 200.00 | 200.00 | 200.00 | 82.35 | 0.00 |
| City Of Springfield | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Complete Payment Recovery Services | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Credit Control | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 2,175.95 | 2,175.95 | 895.95 | 0.00 |
| Enhanced Acquisitions | Unsecured | 583.00 | NA | NA | 0.00 | 0.00 |
| Express Cash Mart of Illinois LLC | Unsecured | 600.00 | 234.00 | 234.00 | 20.55 | 0.00 |
| GC Services | Unsecured | 1,520.00 | NA | NA | 0.00 | 0.00 |
| Gieco Casualty Co | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Hamilton Liberty | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris Ltd | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Herbert Realty Co | Unsecured | 1,034.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Holy Cross Hospital | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,590.00 | NA | NA | 0.00 | 0.00 |
| Hydra Financial | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| IL Designated | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL Designated | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL Designated | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 12,414.00 | 12,493.12 | 12,493.12 | 5,135.67 | 0.00 |
| Illinois Tollway | Unsecured | 1,000.00 | 2,382.30 | 2,382.30 | 980.91 | 0.00 |
| Insure on the Spot | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| Integrity Advance LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Secured | 14,178.00 | 13,771.82 | 13,771.82 | 13,771.82 | 706.76 |
| Kroger Check Recovery Center | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| Midwest Orthopaedics at RUSH | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| Money Loans Quick | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Music Education Services | Unsecured | 0.00 | 842.00 | 842.00 | 0.00 | 0.00 |
| Orchard Bank | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 227.00 | 227.17 | 227.17 | 93.54 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 561.00 | 561.32 | 561.32 | 231.12 | 0.00 |
| Prairie State College | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| Red Cedar Services | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Tidewater Finance Company | Unsecured | 7,833.00 | 10,409.28 | 10,409.28 | 4,279.05 | 0.00 |
| TRS Recovery Services, Inc. | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| US Fast Cash | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| Village of Evergreen Park | Unsecured | 0.00 | 250.00 | 250.00 | 102.94 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,771.82 | $13,771.82 | $706.76 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,771.82** | **$13,771.82** | **$706.76** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$37,230.39** | **$14,888.44** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,381.80 |
| Disbursements to Creditors | $29,367.02 |
| **TOTAL DISBURSEMENTS** : | **$34,748.82** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/12/2018         By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**